UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT TINSLEY, et al.,

              Plaintiffs,

      v.

UNITED STATES OF AMERICA, et al.,

              Defendants.

Case No.  24-cv-09427-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Tinsley v. KCM Brentwood, LLC*, 23-cv-00587-AMO.

      **IT IS SO ORDERED.**

Dated:  January 10, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge