UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT TINSLEY, et al.,

    Plaintiffs,

  v.

VIVIAN CHOW,

    Defendant.

Case No.  25-cv-04675-RFL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 24-cv-09427 *Tinsley v. United States*.

   **IT IS SO ORDERED.**

Dated: February 24, 2026

_____
RITA F. LIN
United States District Judge